IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOUSEF QATTOUM, | : |
|     Petitioner | : |
|     v. | : Case No. 3:22-cv-228-KAP |
| MICHAEL UNDERWOOD, WARDEN, | : |
| F.C.I. LORETTO, | : |
|     Respondent | : |

<u>Memorandum Order</u>

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 without a filing fee or motion to proceed *in forma pauperis*.

The Prison Litigation Reform Act, as codified at 28 U.S.C.§ 1915, requires either the filing fee or a motion to proceed *in forma pauperis* with a certified copy of petitioner's inmate account statement for the last six months. The Clerk shall mark this matter administratively closed (that is not a dismissal) until petitioner pays the filing fee or submits a motion to proceed *ifp* that complies with the PLRA.

In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. All parties or their counsel should complete an election form (available at https://www.pawd.uscourts.gov/forms/ under "Local Forms") either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk.

DATE: January 31, 2023

                                          Keith A. Pesto,
                                          United States Magistrate Judge

Notice by U.S. Mail to:

Yousef Qattoum, Reg. No. 27851-009
F.C.I. Loretto
P.O. Box 1000
Cresson, PA 16630